JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
BRETT A. SAGEL (Cal. Bar. No. 243918)
DANBEE C. KIM (Cal. Bar. No. 350014)
CAITLIN J. CAMPBELL (Cal. Bar No. 324364)
Assistant United States Attorneys
    UNITED STATES ATTORNEY'S OFFICE
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
          (714) 338-3541
          (213) 894-6530
    Email: brett.sagel@usdoj.gov
        danbee.kim@usdoj.gov
        caitlin.campbell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:17-cr-00076-JWH |
| Plaintiff, | JOINT STATEMENT OF THE CASE FOR DEFENDANT JEFFREY OLSEN |
| v. | Trial Date: March 24, 2025 |
| JEFFREY OLSEN, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel, Danbee C. Kim, and Caitlin J. Campbell, and defendant Jeffrey Olsen, by and through his counsel of record Elena Rose Sadowsky and R. Reid Rowe, hereby submit the following Joint Statement of the Case:

///

///

This is a criminal case brought by the United States of America against Jeffrey Olsen. Defendant Jeffrey Olsen is a physician licensed to practice medicine in the State of California and is charged with knowingly and intentionally prescribing and distributing schedule II-IV controlled substances, namely oxycodone, amphetamine salts, alprazolam, and hydrocodone, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose.  Additionally, defendant Jeffrey Olsen is charged with knowingly and intentionally providing false information to the Drug Enforcement Administration ("DEA") in an application to obtain a federal controlled substance registration.  He has pleaded not guilty to all counts.

Dated: March 7, 2025

Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

   */s/ Brett A. Sagel*
BRETT A. SAGEL
DANBEE C. KIM
CAITLIN J. CAMPBELL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: March 7, 2025

   /s/ with permission on 3/7/25
ELENA ROSE SADOWSKY
R. REID ROWE
Attorneys for Defendant
JEFFREY OLSEN