UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE

```
FILED
CLERK, U.S. DISTRICT COURT
4/10/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___cla___ DEPUTY
```

# JURY NOTE • NUMBER 2

Case No. 8:17-cr-00076-JWH-1

Title: USA v. Jeffrey Olsen

☐ The Jury has reached a unanimous verdict.

☒ Other: The jury would like to read or hear Dr. ~~Ol~~ Olsen's testimony of why he ~~kept~~ prescribed to the Oregon patients after receiving warnings from pharmacists.

Dated this ___8___ day of ___April___, 2025.

Time: 10:53 (am)/pm

_____
Foreperson of the Jury

---

**Court's Response:**

The law allows the jury to hear testimony of a witness in its entirety (including direct, cross, redirect, recross) or not at all. Given that Dr. Olsen's testimony was several hours long, do you still wish to hear his testimony? If so, you will return to the Courtroom and the Court Reporter will read back all of Dr. Olsen's testimony. It may take the Court Reporter several hours to prepare to read back that testimony.