UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE

```
FILED
CLERK, U.S. DISTRICT COURT

4/10/25

CENTRAL DISTRICT OF CALIFORNIA
BY:_____cla_____DEPUTY
```

# JURY NOTE • NUMBER __7__

Case No. 8:17-cr-00076-JWH-1

Title:  USA v. Jeffrey Olsen

================================================================

☐ The Jury has reached a unanimous verdict.

☐ Other:
_The jury requests extra highlighters, binder clips, and paper clips_

Dated this __9__ day of __April__, 2025.

Time: 9 :13 (am)/pm

Foreperson of the Jury

Court's Response: