FILED
CLERK, U.S. DISTRICT COURT

4/10/25

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ cla _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE

# JURY NOTE • NUMBER ___11___

Case No. 8:17-cr-00076-JWH-1

Title:   USA v. Jeffrey Olsen
===========================================================================

☐   The Jury has reached a unanimous verdict.

☒   Other:

_____

_____

_____

_____

_____

_____

_____

Dated this ___9___ day of ___April___, 2025.

Time:     :     am/pm

Court's Response:

please see ATTached

your honor,

for the ~~count of~~ 1 thru 34 cnts

Due to the understandly and knowledge of Jury(ies) — from the wording of the instruction for deliberation. Lacks of clearity and define of for example — and/or (and) — (or) — subjective plus the timeline of Events, the respective of understanding of the law by Juries.

without pertain proper understanding of the law, and only allow the understand of instruction (define by understand of each individual-jur.es) — the verdict could not be absolutely ⟨unamiouts⟩ =

⟨ intend ⟩ — + — ⟨ act ⟩
Knowledge + outside of Regulation
violation