FILED
CLERK, U.S. DISTRICT COURT

4/10/25

CENTRAL DISTRICT OF CALIFORNIA
BY: ___cla___ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY DOVE OLSEN,<br><br>　　　　　Defendant. | Case No. 8:17-cr-00076-JWH<br><br>**VERDICT FORM** |

1  We, the Jury in the above-captioned case, hereby present the following
2  unanimous verdict as to the following counts as alleged in the Indictment against
3  Defendant Jeffrey Dove Olsen:
4
5  **COUNT ONE**
6  We, the jury in the above-captioned case, unanimously find Defendant
7  Jeffrey Dove Olsen:
8  \_\_\_\_GUILTY   *deadlocked*
9  \_\_\_\_NOT GUILTY
10 of distribution of oxycodone on or about August 2, 2013, to Ken Kausler, as
11 charged in Count One of the Indictment.
12
13 **COUNT TWO**
14 We, the jury in the above-captioned case, unanimously find Defendant
15 Jeffrey Dove Olsen:
16 \_\_\_\_GUILTY
17 _X_ NOT GUILTY
18 of distribution of oxycodone on or about August 9, 2013, to James Goodell, as
19 charged in Count Two of the Indictment.
20
21 **COUNT THREE**
22 We, the jury in the above-captioned case, unanimously find Defendant
23 Jeffrey Dove Olsen:
24 \_\_\_\_GUILTY   *deadlocked*
25 \_\_\_\_NOT GUILTY
26 of distribution of oxycodone on or about September 9, 2013, to Ken Kausler, as
27 charged in Count Three of the Indictment.
28

1

**COUNT FOUR**

2  We, the jury in the above-captioned case, unanimously find Defendant
3  Jeffrey Dove Olsen:
4  \_\_\_\_ GUILTY
5  _X_ NOT GUILTY
6  of distribution of oxycodone on or about October 1, 2013, to James Goodell, as
7  charged in Count Four of the Indictment.

8

**COUNT FIVE**

10  We, the jury in the above-captioned case, unanimously find Defendant
11  Jeffrey Dove Olsen:
12  \_\_\_\_ GUILTY       deadlocked
13  \_\_\_\_ NOT GUILTY
14  of distribution of oxycodone on or about October 12, 2013, to Jolene Verza, as
15  charged in Count Five of the Indictment.

16

**COUNT SIX**

18  We, the jury in the above-captioned case, unanimously find Defendant
19  Jeffrey Dove Olsen:
20  \_\_\_\_ GUILTY       deadlocked
21  \_\_\_\_ NOT GUILTY
22  of distribution of oxycodone on or about April 9, 2014, to James Goodell, as
23  charged in Count Six of the Indictment.

-3-

**COUNT SEVEN**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY         Deadlocked

\_\_\_\_ NOT GUILTY

of distribution of oxycodone on or about May 14, 2014, to James Goodell, as charged in Count Seven of the Indictment.

**COUNT EIGHT**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY         Deadlocked

\_\_\_\_ NOT GUILTY

of distribution of oxycodone on or about May 16, 2014, to Jolene Verza, as charged in Count Eight of the Indictment.

**COUNT NINE**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY         Deadlocked

\_\_\_\_ NOT GUILTY

of distribution of oxycodone on or about February 13, 2015, to Kaitlyn Bash, as charged in Count Nine of the Indictment.

## COUNT TEN

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY

_X_ NOT GUILTY

of distribution of oxycodone on or about March 9, 2015, to Kaitlyn Bash, as charged in Count Ten of the Indictment.

## COUNT ELEVEN

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY                 Deadlocked

\_\_\_\_ NOT GUILTY

of distribution of oxycodone on or about April 9, 2015, to Kaitlyn Bash, as charged in Count Eleven of the Indictment.

## COUNT TWELVE

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY                 Deadlocked

\_\_\_\_ NOT GUILTY

of distribution of oxycodone on or about April 9, 2015, to Jewelana Wilson, as charged in Count Twelve of the Indictment.

## COUNT THIRTEEN

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY      Deadlocked

\_\_\_\_ NOT GUILTY

of distribution of oxycodone on or about April 17, 2015, to Kaitlyn Bash, as charged in Count Thirteen of the Indictment.

## COUNT FOURTEEN

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY      Deadlocked

\_\_\_\_ NOT GUILTY

of distribution of oxycodone on or about April 28, 2015, to Jewelana Wilson, as charged in Count Fourteen of the Indictment.

## COUNT FIFTEEN

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY      Deadlocked

\_\_\_\_ NOT GUILTY

of distribution of oxycodone on or about May 18, 2015, to James Goodell, as charged in Count Fifteen of the Indictment.

## COUNT SIXTEEN

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

____GUILTY      *deadlocked*

____NOT GUILTY

of distribution of oxycodone on or about May 18, 2015, to Jolene Verza, as charged in Count Sixteen of the Indictment.

## COUNT SEVENTEEN

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

____GUILTY      *deadlocked*

____NOT GUILTY

of distribution of oxycodone on or about June 25, 2015, to James Goodell, as charged in Count Seventeen of the Indictment.

## COUNT EIGHTEEN

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

____GUILTY      *deadlocked*

____NOT GUILTY

of distribution of oxycodone on or about June 25, 2015, to Jolene Verza, as charged in Count Eighteen of the Indictment.

## COUNT NINETEEN

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY          *Deadlocked*

\_\_\_\_ NOT GUILTY

of distribution of oxycodone on or about January 20, 2016, to Jewelana Wilson, as charged in Count Nineteen of the Indictment.

## COUNT TWENTY

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY          *Deadlocked*

\_\_\_\_ NOT GUILTY

of distribution of amphetamine salts on or about March 9, 2015, to Kailtyn Bash, as charged in Count Twenty of the Indictment.

## COUNT TWENTY-ONE

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY

\_\_\_\_ NOT GUILTY     *Deadlocked*

of distribution of amphetamine salts on or about April 9, 2015, to Kaitlyn Bash, as charged in Count Twenty-One of the Indictment.

**COUNT TWENTY-TWO**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY          *Deadlocked*

\_\_\_\_ NOT GUILTY

of distribution of amphetamine salts on or about April 9, 2015, to Jewelana Wilson, as charged in Count Twenty-Two of the Indictment.

**COUNT TWENTY-THREE**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY          *Deadlocked*

\_\_\_\_ NOT GUILTY

of distribution of amphetamine salts on or about April 17, 2015, to Kaitlyn Bash, as charged in Count Twenty-Three of the Indictment.

**COUNT TWENTY-FOUR**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY          *Deadlocked*

\_\_\_\_ NOT GUILTY

of distribution of amphetamine salts on or about April 28, 2015, to Jewelana Wilson, as charged in Count Twenty-Four of the Indictment.

-9-

## COUNT TWENTY-FIVE

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY    *deadlocked*

\_\_\_\_ NOT GUILTY

of distribution of amphetamine salts on or about January 20, 2016, to Jewelana Wilson, as charged in Count Twenty-Five of the Indictment.

## COUNT TWENTY-SIX

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY    *deadlocked*

\_\_\_\_ NOT GUILTY

of distribution of alprazolam on or about February 13, 2015, to Kaitlyn Bash, as charged in Count Twenty-Six of the Indictment.

## COUNT TWENTY-SEVEN

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY

_X_ NOT GUILTY

of distribution of alprazolam on or about March 9, 2015, to Kaitlyn Bash, as charged in Count Twenty-Seven of the Indictment.

-10-

**COUNT TWENTY-EIGHT**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY  *Deadlocked*

\_\_\_\_ NOT GUILTY

of distribution of alprazolam on or about April 9, 2015, to Kaitlyn Bash, as charged in Count Twenty-Eight of the Indictment.

**COUNT TWENTY-NINE**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY  *Deadlocked*

\_\_\_\_ NOT GUILTY

of distribution of alprazolam on or about April 9, 2015, to Jewelana Wilson, as charged in Count Twenty-Nine of the Indictment.

**COUNT THIRTY**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY  *Deadlocked*

\_\_\_\_ NOT GUILTY

of distribution of alprazolam on or about April 17, 2015, to Kaitlyn Bash, as charged in Count Thirty of the Indictment.

**COUNT THIRTY-ONE**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY       *deadlocked*

\_\_\_\_ NOT GUILTY

of distribution of alprazolam on or about April 28, 2015, to Jewelana Wilson, as charged in Count Thirty-One of the Indictment.

**COUNT THIRTY-TWO**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY       *deadlocked*

\_\_\_\_ NOT GUILTY

of distribution of alprazolam on or about January 20, 2016, to Jewelana Wilson, as charged in Count Thirty-Two of the Indictment.

**COUNT THIRTY-THREE**

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY       *deadlocked*

\_\_\_\_ NOT GUILTY

of distribution of hydrocodone on or about August 29, 2013, to Sean Matthias, as charged in Count Thirty-Three of the Indictment.

## COUNT THIRTY-FOUR

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

\_\_\_\_ GUILTY          *deadlocked*

\_\_\_\_ NOT GUILTY

of distribution of hydrocodone on or about September 24, 2013, to Sean Matthias, as charged in Count Thirty-Four of the Indictment.

## COUNT THIRTY-FIVE

We, the jury in the above-captioned case, unanimously find Defendant Jeffrey Dove Olsen:

_X_ GUILTY

\_\_\_\_ NOT GUILTY

of making a false statement in a Drug Enforcement Administration application as charged in Count Thirty-Five of the Indictment.

*Please sign and date this verdict form and return it to the Court.*

Dated: 4-10-25          Signed: